EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BIO MED SCIENCES, INC. | |
| Plaintiff, | Case No. 5:20-cv-04970-EGS |
| v. | |
| APRICOT GMBH | |
| Defendant. | |

## DECLARATION OF MARK E. DILLON

I, Mark E. Dillon, hereby declare and state as follows:

1)  I am the President of the Plaintiff, Bio Med Sciences, Inc., located in Allentown, Pennsylvania. I founded Bio Med Sciences, Inc. in 1987 to develop and commercialize biomedical composite materials. I developed SILON® technology for woundcare and scar management applications. I have obtained U.S. patents and foreign patents for products of Bio Med Sciences, Inc., as well as obtained FDA approval of these products. I have successfully negotiated and closed several licensing agreements with major international pharmaceutical companies, including Pfizer. I am the principal investigator for several government funded SBIR grants, and I am an invited presenter to FDA Device Classification Panel for scar management products.

2)  The following U.S. patents have been issued by the United States Patent and Trademark Office for my inventions:

1

| | |
|---|---|
| 9,414,970 | Wrinkle Reducing Skin Patch |
| 8,084,051 | Therapeutic Medical Garments with Silicone Sheeting Component for Scar Treatment |
| 7,087,135 | Semi-Interpenetrating Polymer Network Scar Treatment Sheeting, Process of Manufacture |
| 6,235,377 | Microporous Membrane with a Stratified Pore Structure Created in Situ and Process |
| 5,980,923 | Semi-Interpenetrating Polymer Network Scar Treatment Sheeting and Process |
| 5,759,560 | Silicone Thermoplastic Sheeting for Scar Treatment and Process |
| 5,656,279 | Semi-Interpenetrating Polymer Network Scar Treatment Sheeting and Process |
| 5,157,058 | Microporous Waterproof and Moisture Vapor Permeable Structures and Process |
| 5,066,683 | Microporous Waterproof and Moisture Vapor Permeable Structures and Process |
| 4,945,125 | Process of Producing Semi-Interpenetrating Polymer Network of Polytetrafluoroethylene and Silicone |
| 4,859,383 | Process of Producing a Composite Macrostructure of Ceramic and Organic Materials |
| 4,849,285 | Composite Macrostructure of Ceramic and Organic Biomaterials |
| 4,832,009 | Semi-Interpenetrating Network Polymer Backsheet Bandage |

Approximately 50 foreign patents also have been issued for my inventions.

    3)    My publications include the following:

Dillon, ME (1994). Interpenetrating Polymer Networks, Chapter 19, Silicone and Poly(tetrafluoroethylene) Interpenetrating Polymer Networks. American Chemical Society.

Dillon, ME, Okunski, WJ (1992). Wounds, A Compendium of Clinical Research and Practice, Vol. 4, Number 5, Silon Non-Adherent Film Dressings on Autograft and Donor Sites, Health Management Publications.

I also have been a speaker/presenter at over 15 congresses relating to woundcare and scar management applications.

    4)    My work experience also includes working as a technician/engineer building and operating

PTFE extrusion and biaxal orientation equipment, designing processing systems and quality control

methods, and developing multicomponent fluoropolymer membrane systems for advanced industrial

applications.  Further, my work experience includes working as an engineer for a Department of Defense

contractor to the U.S. Army Materials Technology Laboratory, Watertown, MA, studying silicone nitrate

sintering chemistry and processing systems for injection molding for ballistic and turbine rotor applications.

    5)    I studied at New York State College of Ceramics at Alfred University, Alfred, New York,

earning a Bachelor of Science degree in Ceramic Engineering with a concentration in biomaterials.  My

thesis topic was "Implantable Biomedical Composite." I also studied at the University of Sheffield, South

Yorkshire, England, in the Department of Ceramics, Glass, and Polymers with a focus on metallurgy and

polymer chemistry.

6) I submit this Declaration in support of Plaintiff's Motion for Default Judgment (Doc. No. 20) and Memorandum in Support of Plaintiff's Motion for Default Judgment (Doc. No. 20-1).

7) I have personal knowledge of the facts stated herein, or I have derived such knowledge from reviewing my records pertaining to this action. To the best of my knowledge, the facts stated in Plaintiff's Motion for Default Judgment (Doc. No. 20) and Memorandum in Support of Plaintiff's Motion for Default Judgment (Doc. No. 20-1) are true and correct, and are incorporated herein by reference.

8) Plaintiff filed a Verified Complaint (Doc. No. 1) on October 7, 2020 alleging patent infringement of its United States Patent No. 9,414,970 (the "'970 Patent") entitled "Wrinkle Reducing Skin Patch, Process of Manufacture and Useful Articles Thereof" under the patent laws of the United States, 35 U.S.C. Section 1, *et seq*. (Doc. No. 1. ¶¶ 4, 11, 12, 14, and 15).

9) I am the inventor of the invention described and claimed in the '970 Patent. On or around August of 2020, I became aware the Apricot GmbH was likely an infringer of Bio Med Sciences, Inc.'s '970 Patent. As part of an investigation into this, on August 11, 2020, I purchased from Apricot GmbH an anti-aging wrinkle-reducing topical skin patch (see attached Exhibit D-1) sold under the trademarks "APRICOT and "fantastic forehead", comprising a silicone pad having an additive ingredient ((hyaluron) (aka hyaluronic acid)), with instructions printed on the packaging instructing Apricot GmbH customers how to use the anti-aging wrinkle-reducing topical skin patch in a manner that infringes one or more of the claims of the '970 Patent. Accordingly, on information and belief, Defendant Apricot GmbH is actively, knowingly, and intentionally inducing infringement of the '970 Patent by offering for sale and selling anti-aging wrinkle-reducing topical skin patches in the United States, including in this District, for use in practicing a method of non-invasively reducing facial wrinkles formed in facial skin that directly

infringes under the doctrine of equivalents one or more of the method claims of the '970 Patent and for use in practicing a method of noninvasively reducing infra-orbital shadow, striae, lentigo senilis, or hyper/hypo pigmentation formed at a treatment area on a person's skin that directly infringes, under the doctrine of equivalents one or more of the method claims of the '970 Patent, with the knowledge that the topical skin patches were intended to be used to directly infringe under the doctrine of equivalents one or more of the method claims of the '970 Patent, and with the knowledge and the specific intent to encourage and facilitate such infringing acts through dissemination of promotional and marketing materials and dissemination of the anti-aging wrinkle-reducing topical skin patches which have instructions imprinted on the packaging of the topical skin patches instructing how to use the anti-aging wrinkle-reducing topical skin patch in a manner that infringes one or more of the claims of the '970 Patent, and, on information and belief, Defendant Apricot GmbH is liable as a contributory infringer of the '970 Patent by offering to sell within the United States, including within this District, selling within the United States, including within this District, and/or importing within the United States, including within this District, the anti-aging wrinkle-reducing topical skin patches for use in practicing one or more of the patented method claims of the '970 Patent, where the anti-aging wrinkle-reducing topical skin patches constitute a material part of the invention defined by one or more of the claims of the '970 Patent, knowing the same to be especially made or especially adapted for use in infringement of the '970 Patent and not a staple article or commodity of commerce suitable for non-infringing use with the knowledge that Defendant Apricot GmbH's customers will use the anti-aging wrinkle-reducing topical skin patches to directly infringe under the doctrine of equivalents one or more of the method claims of the '970 Patent. Further, on information and belief, the claim elements of the anti-aging wrinkle-reducing topical skin patch recited in Plaintiff's independent claims are found in the Apricot GmbH anti-aging wrinkle-reducing topical skin patch, including the active ingredient under the doctrine of equivalents since Apricot GmbH's active ingredient hyaluron is an

4

equivalent of one of the active ingredients (alphahydroxy acids) recited in Plaintiff's independent claims of its '970 Patent, because Apricot GmbH's active ingredient hyaluron and Plaintiff's active ingredient alphahydroxy acids do the same thing (increase the hydration level of the skin), in substantially the same way (by penetrating into the skin and hydrating the skin by attracting water molecules from the lower cell layers), to achieve substantially the same result (an increased hydration level of the skin the anti-aging, wrinkle-reducing topical skin patch is applied to to increase the volume of local superficial tissue, which serves to tighten the overlying skin and reduce the size and quantity of fine line wrinkles).

10)  On November 11, 2020, I again purchased from Apricot GmbH an anti-aging wrinkle-reducing topical skin patch, which was the same product that I had purchased from Apricot GmbH on August 11, 2020, and which has instructions imprinted on its packaging instructing Apricot GmbH's customers how to use the anti-aging wrinkle-reducing topical skin patch in a manner that infringes one or more claims of the '970 Patent.

11)  As shown on the screenshot and printout attached hereto as Exhibit D-2, Defendant Apricot GmbH's anti-aging wrinkle-reducing topical skin patches also are offered for sale and sold in Pennsylvania at the King of Prussia Mall, in King of Prussia, Pennsylvania, and at the Shoppes at Brinton Lake, in Glen Mills, Pennsylvania.

12)  A copy of Apricot GmbH's U.S. Patent Application Serial No. 16/620,869 is attached hereto as Exhibit D-3.  Defendant Apricot GmbH filed U.S. Patent Application Serial No. 16/620,869 ("Defendant Apricot GmbH's patent application") (published as U.S. Published Application No. US 2020 0129412) on June 8, 2018, which has a priority date that is about ten (10) years after Plaintiff's priority date for the '970 Patent.  Defendant Apricot GmbH's patent application discloses anti-aging wrinkle-reducing topical skin patches that comprise a silicone pad having at least one active ingredient for cosmetic skin care or for preventing skin aging.

5

(Paragraph [0001] of Defendant Apricot GmbH's patent application). The active ingredient may be vitamins, lipids, amino acids, polypeptides, and antioxidants, for example. (Paragraph [0041] of Defendant Apricot GmbH's patent application). The active ingredient recited in Plaintiff's '970 Patent also may be peptides, vitamin compounds, and antioxidants.

13)  For expediency and cost savings, Plaintiff took steps to amicably resolve Plaintiff's dispute with the Defendant by attempting to schedule settlement discussions. After several attempts were made to schedule settlement discussions, including an October 12, 2020 letter from Plaintiff's counsel to Defendant Apricot GmbH sent via FedEx (delivered on October 14, 2020) (which provided a copy of the '970 Patent to Defendant Apricot GmbH and which specifically placed Defendant Apricot GmbH on notice that Defendant Apricot GmbH was infringing the '970 Patent), a follow-up email from Plaintiff's counsel to Defendant Apricot GmbH on November 9, 2020 (which also provided a copy of the '970 Patent to Defendant Apricot GmbH and a copy of the October 12, 2020 letter which specifically placed Defendant Apricot GmbH on notice that the Defendant Apricot GmbH was infringing the '970 Patent), two telephone calls between me and Defendant Apricot GmbH (including one call on December 2, 2020), and an email from me to Defendant Apricot GmbH on December 2, 2020, all inviting Defendant Apricot GmbH to schedule a teleconference to discuss an amicable resolution of this matter, the initial settlement discussions were scheduled to take place on January 5, 2021, but due to technical problems, were re-scheduled for January 8, 2021. The parties began formal settlement discussions on January 8, 2021. Multiple telephone conferences were canceled or postponed by Defendant Apricot GmbH to the frustration of the Plaintiff, resulting in the Plaintiff resorting to filing this Motion from Default Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _Feb 17, 2022_    _____
                                        Mark E. Dillon

6

Exhibit D-1



# fantastic forehead

**clinically proven wrinkle reduction**
Klinisch erwiesene Faltenreduktion

**100% medical grade silicone**
100% medizinisches Silikon

**reusable up to 30 times**
bis zu 30x verwendbar

This PAD is like you – AMAZING! You will get up to 30 treatments out of one pad.
Our medical grade silicone is enriched with highly effective hyaluronic acid and smoothes your skin effectively. IT IS CLINICALLY PROVEN.

Dieses PAD ist wie DU – AUSSERGEWÖHNLICH! Du kommst es bis zu 30x verwenden!
Unser medizinisches Silikon ist mit HYALURON angereichert und glättet deine Haut effektiv.
ALLES KLINISCH ERWIESEN.

**WITHOUT** parabens • perfumes • mineral oils • allergens • preservatives. SIMPLY GOOD.

| EN | Clean your application area. | Take the pad out of its package. | Use the pad regularly for at least 1h | Put it back into the package after usage |
|---|---|---|---|---|
| DE | Anwendungs-bereich reinigen. | Pad aus der Verpackung nehmen. | Pad regelmäßig für mind. 1h auflegen | Nach Gebrauch in der Packung aufbewahren |

Rinse your pad regularly with clear water and mild soap. Afterwards air-dry your pad. The quality of the pad will not be affected by the cleaning. After 20–30 applications, the hyaluronic acid is used up and the pad should be renewed. Do not use on irritated skin. In case of irritation, discontinue use and contact your doctor. For adults only.

Pad gelegentlich mit Wasser und milder Seife reinigen. Anschließend an der Luft trocknen lassen. Durch die Reinigung wird das Pad in der Qualität nicht mehr getrübt. Nach etwa 20–30 Anwendungen ist das Hyaluron-Sättche aufgebraucht und das Pad sollte erneuert werden. Nicht auf irritierter Haut verwenden. Bei Hautreizungen Anwendung stoppen. Nur für Erwachsene.

Contains 1 silicone pad to apply on skin Enthält 1 Silikon Pad zum Auflegen auf die Haut
Ingredients: dimethicone, hyaluronic acid

Net wt. 15g / 0.52oz
PZN 16018249



APRICOT GmbH
Karl-Böhm-Str. 50
D-85598 Baldham
apricot-beauty.com

amazonsmile

## Final Details for Order #114-3581500-9073868
### Print this page for your records.

**Order Placed:** August 11, 2020
**Amazon.com order number:** 114-3581500-9073868
**Order Total:** $28.51

## Shipped on August 12, 2020

| Items Ordered | Price |
|---|---|
| 1 of: *NEW! ORIGINAL APRICOT beauty & healthcare Forehead Pad, medical grade Silicone care Forehead Pad with highly effective Hyaluron to smooth Wrinkles, reusable up to 30 times!* <br> Sold by: APRICOT INC (seller profile) <br><br> Condition: New | $26.90 |

**Shipping Address:**
Mark Dillon
Bio Med Sciences, Inc.
7584 Morris Court, Suite 218
Allentown, PA 18106
United States

**Shipping Speed:**
FREE Prime Delivery

## Payment information

**Payment Method:**
American Express | Last digits: 3005

**Billing address**
Mark Dillon
Bio Med Sciences, Inc.
7584 Morris Court, Suite 218
Allentown, PA 18106
United States

| | |
|---|---|
| Item(s) Subtotal: | $26.90 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $26.90 |
| Estimated tax to be collected: | $1.61 |
| | ----- |
| **Grand Total:** | **$28.51** |

**Credit Card transactions**    AmericanExpress ending in 3005: August 12, 2020: $28.51

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon.com, Inc. or its affiliates

Exhibit D-2

APRICOT.
SOLVING BEAUTY ISSUES

FREE SHIPPING FROM 30€ IN GERMANY

NEW IN    REUSABLE PADS    PATCHES & TAPES    ORGANIC BEAUTY    BLOG    NATURE    ABOUT US

EN  >  

# STORE LOCATOR



PLZ oder Stadt eingeben

**Soft Surroundings**
**13 km**  King of Prussia Mall - The Court
690 W. Dekalb Pike
King of Prussia, PA 19406
USA

**Soft Surroundings**
**27 km**  Shoppes at Brinton Lake
967 Baltimore Pike
Glen Mills, PA 19342
USA

Powered by Stockist.

FREE SHIPPING FROM 30€ IN GERMANY

NEW IN

REUSABLE PADS

PATCHES & TAPES

ORGANIC BEAUTY

# APRICOT.
### SOLVING BEAUTY ISSUES

EN

BLOG    NATURE

ABOUT US

# STORE LOCATOR

PLZ oder Stadt eingeben

**Soft Surroundings**
**13 km**  King of Prussia Mall - The Court
690 W. Dekalb Pike
King of Prussia, PA 19406
USA

**Soft Surroundings**
**27 km**  Shoppes at Brinton Lake
967 Baltimore Pike
Glen Mills, PA 19342
USA

Powered by  Stockist.



© Mapbox © OpenStreetMap **Improve this map**

## SOLVING BEAUTY ISSUES

YES, we have beauty issues and love to solve them! And we do it with as little effort as possible for you and quickly visible results. Because wrinkles, scars or pimples should never stop you from feeling beautiful again. Minimal ingredients - maximum effect: all our products are vegan, animal-free and made in Germany.

Imprint AGBs Revocation Privacy policy



## ABOUT APRICOT

About us

PR & Cooperations

B2B

Career

Blog

ERVICE

Contact

Store Finder

Payment and shipping

Returns

Subscription

FAQ

NEWSLETTER

Hey beautiful,

sign up now for our newsletter and enjoy a 10% coupon as a welcome gift.

© APRICOT BEAUTY

      



Exhibit D-3

Case 5:20-cv-04970-EGS

US 20200129412A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2020/0129412 A1

JÄGER (43) Pub. Date: **Apr. 30, 2020**

(54) **SILICONE PAD HAVING ACTIVE INGREDIENTS FOR SKIN CARE AND AGAINST SKIN AGING**

(71) Applicant: **Apricot GmbH**, Baldham (DE)

(72) Inventor: **Verena JÄGER**, Forstinning (DE)

(73) Assignee: **Apricot GmbH**, Baldham (DE)

(21) Appl. No.: **16/620,869**

(22) PCT Filed: **Jun. 8, 2018**

(86) PCT No.: **PCT/DE2018/100548**

§ 371 (c)(1),
(2) Date: **Dec. 9, 2019**

(30) **Foreign Application Priority Data**

| Jun. 8, 2017 | (DE) | 10 2017 209 702.7 |
| Jul. 7, 2017 | (DE) | 10 2017 211 702.8 |
| Jan. 23, 2018 | (DE) | 10 2018 101 500.3 |

**Publication Classification**

(51) **Int. Cl.**

| *A61K 8/898* | (2006.01) |
| *A45D 44/22* | (2006.01) |
| *A61Q 19/08* | (2006.01) |
| *A61K 8/02* | (2006.01) |
| *A61K 8/73* | (2006.01) |
| *A61K 8/65* | (2006.01) |

(52) **U.S. Cl.**
CPC .............. *A61K 8/898* (2013.01); *A45D 44/22* (2013.01); *A61K 8/65* (2013.01); *A61K 8/0208* (2013.01); *A61K 8/735* (2013.01); *A61Q 19/08* (2013.01)

(57) **ABSTRACT**

Summary

The present invention relates to a silicone pad for adhering to the skin, comprising at least one active ingredient for cosmetic skin care or against skin aging. In addition, the present invention relates to a cosmetic method for smoothing the skin, for the induction of scar remission, and it relates to the addition of active ingredients in the course in smoking cessation by means of applying a silicone pad to the skin of a person.





**FIG. 1**



FIG. 2



FIG. 3A



FIG. 3B

US 2020/0129412 A1

1

## SILICONE PAD HAVING ACTIVE INGREDIENTS FOR SKIN CARE AND AGAINST SKIN AGING

[0001]   The present invention relates to a silicone pad comprising at least one active ingredient for the cosmetic skin care or for preventing skin aging as well as for releasing of medicinal or other active ingredients such as nicotine during smoking cessation. In addition, the present invention also relates to a silicone pad, comprising an adhesive layer, which consists essentially of silicone and comprises the active ingredient, and further comprising a silicone body.

[0002]   Furthermore, the present invention also relates to a method for manufacturing a silicone pad comprising the step of applying an active ingredient to a silicone composition in order to produce a silicone pad. The present invention also relates to a cosmetic method comprising applying a silicone pad to the skin.

### BACKGROUND

[0003]   Current silicone pads are based on the finding that wrinkles may be smoothed mechanically by longer duration of application, for example, overnight. The skin structure remains in the smoothed position for several hours and can thus regenerate. Such pads or adhesive bandages for adhering to the human skin in order to address wrinkling are well known. Mostly these are used on the décolleté.

[0004]   The German utility model DE 20 2014 001 876 U1 discloses a décolleté-silicone pad for the reduction of wrinkles, which consists of 100% medical silicone (with dimensions of about 20×20×2.5 cm) and which has a self-adhering bearing surface. The property of self-adhering of the self-adhering bearing surface is obtained by special processing steps (hardness of the silicone and polished side as bearing surface). Therefore, the décolleté-silicone pad may be used for several months and does not lose its properties.

[0005]   The Canadian Patent Application CA 2,575,534 discloses an anti-wrinkle device for use between the female breasts, at the décolleté as well as on the upper chest, which comprises a semi-rigid/semi-flexible membrane, a soft layer and a further adhesive layer.

[0006]   The German utility model DE 202015106000 U1 discloses a décolleté-Pad for adhering to the skin having a support layer and an adhesive layer. Preferably, the décolleté-Pad exhibits mirror symmetry along an axis of symmetry and is teardrop-shaped.

[0007]   Disadvantageously, above devices merely effect a purely mechanical smoothing of the skin, such that its effect may wear off immediately after termination of the application and removal of the device from the skin. Additionally, such devices serve exclusively as anti-wrinkling or as anti-aging products, but are not utilized as skin care products or for reducing liver spots and pigmentation marks, cellulite, acne, atopic dermatitis or other skin disorders. A further disadvantage of these devices lies in their applicability to a specific area of the skin only, particularly to the décolleté and chest area, but not to other areas of the skin, for which a care effect as well as control and prevention of skin aging is desired also.

[0008]   Moreover, the translation of European patent DE 695 16 553 T2 discloses a hot-melt silicone pressure sensitive adhesive comprising siloxylated polyether waxes as an additive. The melt-silicone PSA compositions disclosed

herein exhibit hydrophilic properties while maintaining PSA properties in terms of shear, adhesion and peelability.

[0009]   The german disclosure DE 101 14 382 A1 relates to a silicone-based moisture-absorbing matrix, in particular for wound care and/or pharmaceutical skin treatment, wherein the pressure-sensitive adhesive matrix consists of silicone, a gelling agent and optionally a silicone resin.

### INVENTION, OBJECT OF THE INVENTION, SOLUTION, ADVANTAGES

[0010]   Based on the considerations of the prior art as mentioned above, the object of the present invention therefore is to provide a silicone pad which overcomes the disadvantages of the prior art as described above. The object underlying the invention is achieved by the silicone pads as defined in the claims, which also is apparent from the accompanying embodiments. In particular, the object of the present invention is the provision of a silicone pad, which supplies, over an extended period of time, an active ingredient incorporated into the silicone pad to the state.

[0011]   Surprisingly, the inventors of the present invention have discovered that the active ingredient is able to diffuse from the silicone pad to the skin, is taken up by the latter and may develop a biological activity therein. This form of skin treatment is used particularly advantageously both in anti-aging treatment or for regular care as well as for treating liver spots and pigmentation marks, cellulite and other skin disorders such as wound healing or atopic dermatitis. Additionally, other active ingredients may be incorporated, such as pharmaceutical agents or nicotine for the cessation of smoking. Thus, the skin is mechanically flattened not only due to the weight of the silicone pads, but they also release active ingredients whose contribution to skin regeneration or to the treatment of the disease is particularly beneficial.

[0012]   Surprisingly, the active ingredients may continue to exert effects within the skin even after cessation of treatment. Furthermore, by combining the silicone pad with the active ingredient, the contact and absorption capacity of the skin thus flattened with the silicone pad may be increased and thus ideal conditions are obtained for absorption of the active ingredient into the skin. In between the silicone pad and the respective skin layer a microclimate is generated, which, among other things, helps the skin to open up pores, which stimulates metabolic processes and which facilitates absorption of active ingredients.

[0013]   The skin, having been flattened ideally for hours, is also in an optimal receptive state due to the silicone pad, since the dermal layer relived and therefore blood supply is significantly improved. Thus, robust and healthy skin cells may be generated, exhibiting good absorption capacity for the active ingredients. In this ideally flattened position, the skin is supplied with important active ingredients in the long term and may thus better regenerate and a smoothing of wrinkles may be achieved. Also, with respect to liver spots and pigmentation marks, the long-term application of the active ingredients by means of incorporating them into a silicone pad exerts an extremely positive effect on the skin, since active ingredients penetrate for a longer time and more intensely, thus achieving an optimal effect.

[0014]   The silicone pad according to the present disclosure may also be utilized for treatment of scars. Here, the silicone pad provided with at least one active ingredient may be applied to scars, thereby stimulating the skin to achieve, via a microclimate, self-healing and faster cell renewal.

[0015]  The present invention may be applied to all areas of the skin due to the different shapes in the various embodiments, especially to the back of a hand, to the neck, the décolleté, the forehead, under the eyes and around the mouth. It also may be applied to the upper arms, the lower chin and the pubic region, where cesarean sections are generally located.

[0016]  In a first aspect, the present disclosure relates to a silicone pad (1) suitable for adhering to the skin. Said pad may contain at least one active ingredient for cosmetic skin care or for preventing skin aging. In addition, the silicone pad (1) may comprise a combination of several active ingredients.

[0017]  For the purposes of the present disclosure, a silicone pad is a flat object largely consisting of medical grade silicone (medical skin), which object is configured with dimensions in two spatial directions which are significantly larger than the dimension in a third spatial direction. The significantly larger dimensions in two spatial directions may lead to different shapes, in particular to a circle or different circular shapes with curves, to an ellipse, a polygon, a drop or to a hand shape.

[0018]  The silicone pad is preferably an addition-cross-linked 2-component silicone, which is particularly suitable for making a silicone pad with good release characteristics regarding the active ingredient. This material comprises vinyl-terminated polydimethylsiloxanes (CAS No: 68083-19-2) and other cross-linking agents. The proportion of silicone is >95%. Preferably, the silicones are room-temperature-crosslinking, platinum-catalyzed silicone elastomers.

[0019]  Preferably, the silicone is characterized by a high gas and water permeability. Thereby, the active ingredient may be transported optimally through the silicone pad. In an alternative implementation, the silicone pad is substantially permeable to gas, especially permeable to water vapor, but not easily penetrated by liquid water (waterproof).

[0020]  Preferably, the silicone is an addition-crosslinking silicone that has cured to a soft, sticky silicone adhesive. To the additional advantageous properties of this silicone belong a very good biocompatibility, absence of by-products, good adhesion and good platinum crosslinkability.

[0021]  An active ingredient is an endogenous or exogenous substance which is able to initiate or influence a change in a biological process, such as skin aging. An active ingredient may also be a pharmaceutical agent. As a rule, its absorption via the skin is advantageous for the user.

[0022]  Due to the active ingredient capable of penetrating into the skin during treatment with the silicone pad, the skin is not only flattened and cared for mechanically due to the weight and the adhesion of the silicone pad (1), but also is treated by means of the active ingredient, wherein, due to the flattening, symbiotic effects may be observed with regard to pharmacokinetics.

[0023]  It is particularly advantageous that the skin continues to undergo treatment by that fraction of the active ingredient already penetrated into the skin, even after removal of the silicone pad (1) from the skin, thereby providing additional skin care. Consequently, improved skin care as well as anti-aging effects may be achieved. The combination of silicone pad and active ingredient also allows for a maximal area of contact between the skin and the silicone pad and a favorably increased absorption of the active ingredient into the skin.

[0024]  The components of the active ingredients may penetrate into the tissue via the skin and unfold therein their biological effect. The silicone pads according to the present disclosure exhibit no negative effects, in particular, wearing of the silicone pad does not create discomfort and there are no peel effects. The silicone pad feels soft to the touch, wrinkles are reduced visibly and skin compatibility is particularly good.

[0025]  Without adhering to any particular theory, the inventors of the present invention believe that due to the high polarity of hyaluronic acid and other active ingredients and the low polarity of silicone, the hyaluronic acid or other respective active ingredients embedded in the adhesive gel will be delivered slowly to the epidermal layer of the skin, which rests on the dermal layer, such as to replenish hyaluronic acid already delivered to the dermal layer. In addition, other parts of the active ingredient will also migrate towards the basal stratum since there is no barrier layer. Comparative studies have shown that oil nebulized in water coalesce as oil droplets after some time. the

[0026]  Without adhering to any particular theory, according to the inventors, particle release is it effected significantly by the heat and by the moisture of the skin, generating a microclimate beneath the silicone pad. Preferably, the silicone pad has a thickness of 0.5 to 2.0 mm, more preferably of 0.8 to 1.5 mm, in particular substantially 1.2 mm Such a thickness of the silicone pad provides for ideal wearing comfort and optimal imparts exposure to the active ingredient.

[0027]  The concentration of the active ingredient in the silicone pad preferably is in the range of 0.5 to 3.0‰ (w/w), more preferably in the range of 1.0 to 2.0‰ (w/w is) and ideally is about 1.6‰ (w/w).

[0028]  In an alternative implementation, the active ingredient may also be present in the silicone pad at a concentration in the range of 0.1 to 9.9%; preferably in the range of 0.5 to 7.0% and ideally of about 1.0% (w/w). In this case, oils such as coconut oil, olive oil or aloe vera in liquid form may also be used as active ingredient. Surprisingly, the silicone pad softens under these circumstances, providing the added benefit of good adhesion to the skin.

[0029]  Advantageously, the silicone pad may also contain a silicone oil. If the silicone pad comprises a silicone oil, the pad is softer during application, providing good adhesion to the skin. Silicone oils to be utilized within the meaning of this disclosure preferably are polymerized siloxanes having organic side chains. Therein, the side chains are characterized by periodic, alternating arrangement of silicon and oxygen atoms with the general empirical formula $[R^1R^2SiO]_n$. The free outer electrons of the silicon are preferably attached to residues R, which mostly are organic residues but also may be halogens. The molecular weight of the silicone oils utilize preferably is in the range off 162 to 150,000 g/mol. The density of the silicone oils preferably is in the range of 0.76 to 1.07 g/cm³.

[0030]  In an advantageous implementation, the silicone oils are characterized by a viscosity in the range of 0.6 to 1,000,000 mPs. As a result, the silicone pads possess optimal haptic properties.

[0031]  The silicone oil preferably is polydimethylsiloxane in which the respective residues $R^1$ and $R^2$ are methyl groups.

[0032]  In a preferred implementation, the silicone pad (1) may comprise an adhesive layer (2) and a silicone body (3).

The adhesive layer (2) may consist essentially of silicone and may comprise the active ingredient.

[0033]   Alternatively, the silicone pad (1) may consist of a silicone body (3) comprising the active ingredient. The silicone pad may be configured with a polished side. In this case, the silicone pad is characterized by a self-adhesion lasting over a longer time scale. The silicone pad or adhesive layer may include further auxiliary means allowing the silicone pad to be securely attached to the skin. For example, the silicone pad may comprise a cotton fabric on one side, which protects the silicone pad from external influences. Furthermore, the auxiliary means may be a slip-on cotton glove covering the back of the hand.

[0034]   An adhesive layer is any layer of material that, after attaching the silicone pad to the skin, provides for its adherence to the skin for at least three hours or more without any additional application of force. In particular, an adhesive layer may consist essentially of silicone. Preferably, the adhesive layer is characterized by a silicone content of at least 95%.

[0035]   Preferably, the silicone body is configured with a thickness in the range of 0.5 to 2.0 mm, more preferably in the range of 0.8 to 1.5 mm, in particular of substantially 1.2 mm. The adhesive layer preferably has a thickness in the range of 0.2 to 1.0 mm, particularly preferably in the range of 0.4 to 0.8 mm, in particular the range of 0.6 to 0.7 mm By providing such thickness of the silicone body and the adhesive layer, the amount (dosage) of the active ingredient is justifiable economically while at the same time the comfort of wearing the silicone pad is ideal.

[0036]   Preferably, the adhesive layer of the silicone pad is softer than the silicone body. Moreover, compared to the silicone body, water permeability of the adhesive layer is higher. Under these circumstances, the silicone body of the silicone pad may be used as a mechanical support matrix while at the same time the active ingredient may be delivered reliably to the skin by the adhesive layer.

[0037]   The concentration of the active substance in the adhesive layer preferably is in the range of about 0.6 to 5.0‰ (w/w), more preferably in the range of about 1.5 to 3.0‰ (w/w), and ideally is about 1.7‰ (w/w). Such concentration of the active ingredient in the adhesive layer provides for an ideal diffusion rate relative to material consumption of the active ingredient.

[0038]   If the adhesive layer (2) of the silicone pad (1) comprises the active ingredient, maximum drug delivery to the underlying skin may be guaranteed. During application, the adhesive layer preferably may be in direct contact with the surface of the skin, thus enabling even faster, more intensive and longer absorption of the active ingredient by the skin. This allows a particularly effective treatment of the skin. Additionally, no active ingredients remain unused due to their retention within the silicone pad (1). The silicone pad in this embodiment is particularly advantageous in that the required stability and the necessary weight are provided for by the silicone body (3) in order to smoothen the skin mechanically. At the same time, the dosage of the active ingredient is particularly economical.

[0039]   In a further implementation, with respect to its shape and size, the silicone pad (1) may be suitable for resting on a back of a hand (4).

[0040]   The silicone pad (1) which is suitable for resting on the back of a hand preferably may exhibit a shape with fingers, wherein the silicone pad (1) may extend over the entire back of the hand (4) as wells as beyond the metacarpophalangeal joints (5) to the proximal interphalangeal joints (6). As a result, the skin area of the back of the hand (4) may be treated optimally. Furthermore, the silicone pad (1) may be shallower in the areas of the metacarpophalangeal joints (5) than in the remaining area of the back of the hand (4). This provides for more adaptability, flexibility and extensibility of the silicone pad (1) in these areas, such that the silicone pad (1) does not detach from the hand despite of its movement, but provides for optimum grip. This is advantageous, as the silicone pad (1), when compared to products already known, may not only be applied to the décolleté, the neck or the face, but also to other areas of the skin, such as the back of a hand. By way of employing in silicone pads with active ingredients for application to the neck, décolleté or face considerable advantages are achieved in the case of skin care and stimulation of regeneration and wrinkle reduction compared to previously known silicone pads with only manual skin tightening.

[0041]   In a further preferred embodiment, the active ingredient of the silicone pad (1) may be selected from the group consisting of nutrients, in particular vitamins, lipids, and amino acids; polypeptides; antibiotics or their prodrugs; antioxidants; coenzymes; polysaccharides or hydroxycarboxylic acids.

[0042]   In conjunction with the adhesive layer (2) of the silicone pad (1), these groups exhibit particularly advantageous effects. In particular, these active substances are able to diffuse exceptionally well from the silicone pad (1) towards the skin surface, to be absorbed by the skin and then to display their activity. For example, vitamins and antioxidants contribute to counterbalance free radicals and thus to anti-aging effects; amino acids, polypeptides and lipids bolster skin function and render it supple.

[0043]   Furthermore, the active ingredient of the silicone pad (1) may be selected from the group consisting of vitamin A; vitamin C; vitamin E; vitamin B3; vitamin B5; Vitamin B9; vitamin B12; Coenzyme 10; arbutin; high and low molecular weight hyaluron; high and low molecular weight hyaluronic acid; collagen; b-resorcinol; 4-n-butylresorcinol; glycolic acid; salicylic acid; spirulina; chlorella; caviar extract; dimethylaminoethanol; shea butter; coconut oil; phytohormones, such as soybean phytohormones, hops, red clover or yam root (dioscoreaceae); phytoestrogens; isoflavones; lignans; amino acids, such as arginine, methionine, glutamine or creatine; oligopeptides; polypeptides; pentapeptides; glycerol; alpha-lipoic acid; or polyphenols, such as ginkgo, resveratrol from grapes or aloe vera.

[0044]   Particularly preferably, the active ingredient of the silicone pad (1) is selected from the group consisting of hyaluron, collagen or aloe vera. Ideally, the active ingredient is hyaluron. Silicone pads with these active ingredients, especially hyaluronic acid, show excellent anti-wrinkling properties.

[0045]   In a preferred implementation, the active ingredient of silicone pad (1) is selected from the group consisting of moringa powder, alpha lipoic acid, selenium, saffron extract, curcumin, turmeric, astaxanthin, blood orange, lingzhi mushroom, apple cider vinegar, lemon juice, ascorbic acid or reservatrol. Surprisingly, if the active ingredient is selected from this group of compounds, the silicone pad can be used to remove age spots.

[0046]   In another preferred embodiment, the active ingredient of the silicone pad (1) is selected from the group

consisting of caffeine; yam; jojoba, jojoba oil; wheat germ, wheat germ oil; Q10; green algae extract; ESP; menthol; retinol; aminophylline; forskolin; carnitine; aescin; panthenol; provitamin B5, B1, B2, B6, niacin, biotin; L-tyrosine; tocopheryl; mannitol; birch, birch water, birch oil or L-arginine. Surprisingly, if the active ingredient is selected from this group of compounds, the silicone pad may be used to remove cellulite.

[0047]  In another preferred implementation, the active ingredient of the silicone pad (1) is selected from the group consisting of beta-carotene, omega-3, bentonite, tea tree oil, rose water, silica gel, swedish herbs, swedish bitters. Surprisingly, if the active ingredient is selected from this group of compounds, the silicone pad may be used to remove acne.

[0048]  In a further preferred implementation, the active ingredient is present in the form of a cream or is an active substance that may be applied in the form of creams. Preferably, the active ingredient is selected from the group consisting of guar gum extract; currant; acerola; extracts of the African baobab tree; meadow seed oil; peptides; spinach extract; evening primrose oil; lipids such as cardiolipin; antioxidants such as 1-carnosine; rhodiola complex; lentil seed extract; star fruit extract; java tea extract or retinol. If the active ingredient is selected from this group of compounds, surprisingly, the silicone pad is particularly useful for cosmetic treatment of the skin.

[0049]  In a preferred implementation, active ingredient of the silicone pad (1) is selected from the group consisting of carnea; linoleic acid; Omega 3; fenugreek; ginger; sango coral; colloidal silver; silica; spirulina; powder from green tea extract; carotene or rice protein. Surprisingly, if the active ingredient is selected from this group of compounds, the silicone pad may be used to remove atopic dermatitis.

[0050]  In a preferred implementation, active ingredient of the silicone pad (1) is selected from the group consisting of aloe vera; apple cider vinegar; honey; cocoa butter; sandalwood; tea tree oil; kerria, kerria oil; licorice root; lugol's solution; lavender, lavender oil, rosehip seed, rosehip seedoil, arnica, anica Oil; sunflower; onion extract, allantoin, heparin; calendula; emu oil; zinc, vitamin C, beta-carotene; shea butter; coconut powder, coconut oil; yarrow; raspberry leaves, lavender; sandalwood in combination with rose water or St. John's wort. Surprisingly, if the active ingredient is selected from this group of compounds, the silicone pad may be used particularly well for treating wounds or scars.

[0051]  In a further preferred implementation, the active ingredient of the silicone pad (1) is selected from the group consisting of argan oil; glutamine; L-arginine; L-carnitine; magnesium; turmeric; silica; avocado; rose water; grape seeds; ceramides; folic acid or soy. Surprisingly, if the active ingredient is selected from this group of compounds, the silicone pad may be used to remove wrinkles.

[0052]  In another preferred implementation, the active ingredient of the silicone pad (1) is nicotine. In this case, the silicone pad may be used in the course of nicotine withdrawal. Compared to an absorption via the gastrointestinal tract, absorption via the skin confers less stress to the body and is also faster and more efficient.

[0053]  In a further preferred embodiment, the active ingredient of the silicone pad is a pharmaceutical ingredient to be utilized for treating diseases or in the context of a hormonal therapy, for example using estrogen and/or progestogens for the inhibition of ovulation. Compared to an absorption via

the gastrointestinal tract, absorption via the skin confers less stress to the body and is also faster and more efficient.

[0054]  In addition to the above-mentioned active ingredients, the silicone pad or the adhesive layer of the silicone pad may also comprise other ingredients. For example, the silicone pad or the adhesive layer of the silicone pad may comprise one or more of the following other ingredients: neroli; neroli oil; rosemary; rhealba; copper sulfate, copper, zinc sulfate, zinc; glycerol; comfrey; witch hazels or peptides.

[0055]  In a further aspect, the disclosure comprises a method for manufacturing a silicone pad (1) comprising the following step: applying an active ingredient to a silicone composition for producing a silicone pad (1).

[0056]  This is advantageous, in that, after adhering the silicone pad (1) to the skin, the active ingredient is in direct contact with the skin surface and thus may be absorbed therefrom even faster, with higher intensity and for a longer time.

[0057]  The disclosure further comprises a method for manufacturing a silicone pad (1) comprising two consecutive steps as follows: a) mixing an active ingredient with a silicone composition to produce an adhesive layer (2), and b) applying the adhesive layer to a silicone body (3) to produce a silicone pad (1).

[0058]  The active ingredient may be processed as a fine powder or as a liquid or gel-like mass.

[0059]  In a further aspect, the disclosure relates to a silicone pad (1) which is, with regard to its shape and size, suitable for resting on a back of a hand (4), the silicone pad being suitable for smoothing wrinkles on the back of the hand (4).

[0060]  The silicone pad (1) which is suitable for resting on the back of a hand (4) may exhibit the shape of fingers, wherein the silicone pad (1) extends over the entire back of the hand (4) as well as beyond the metacarpophalangeal joints (5) up to the finger proximal interphalangeal joints (6). As a result, the skin area of the back of the hand (4) may be treated optimally.

[0061]  In a further implementation, the silicone pad (1) may include hinge portions (7). A hinge portion is a subregion of the silicone pad which exhibits a reduced thickness of material and which thus is easier to fold compared to other subregions of the silicone pad.

[0062]  This allows for improved adaptability, flexibility and extensibility of the silicone pad (1) in these areas, such that, despite the movement of the hand, the silicone pad (1) does not detach therefrom, but provides for optimum grip.

[0063]  In another aspect, the disclosure further relates to a cosmetic method comprising applying to the skin a silicone pad according to the invention. By the cosmetic method, the skin is treated mechanically and tightened on the one hand, while on the other hand, the active ingredient of the silicone pad may penetrate into the skin tissue and cause a cosmetic effect therein.

[0064]  As a result, prevention and reduction of wrinkles as wells of liver spots and pigmentation marks may be achieved. Additionally, the silicone pad may be applied in skin care, for wound and scar treatment, for skin diseases, cellulite or, in general, for the delivery of pharmaceutical agents. In different implementations, the silicone pad may be applied to different parts of the skin, especially to the back of a hand.

[0065]  In addition, the disclosure also relates to a cosmetic method for inducing scar remission in a subject, comprising applying to the skin of the subject a silicone pad according to the present invention.

[0066]  Furthermore, the disclosure also relates to a medical wound care procedure comprising applying to the skin a silicone pad according to this disclosure. By way of the medical procedure an open or closed wound in the skin is treated and cured.

[0067]  Furthermore, the disclosure also relates to a medical treatment of nicotine dependence in a subject comprising applying to the skin a silicone pad according to this disclosure containing nicotine as an active ingredient. The medical treatment is used to treat the subject's nicotine dependence.

[0068]  The silicone pad may contain other medical agents as active ingredients. Exemplary medicinal ingredients include antibiotics, proton pump inhibitors, antidepressants, analgesics, antihistamines, tranquilizers, antihypertensive agents, and other medicinal ingredients.

## SHORT DESCRIPTION OF THE FIGURES

[0069]  Hereinafter, by way of example and not subject to any limitation, particular embodiments of the invention will be described with reference to the accompanying drawings.

[0070]  The particular embodiments are merely illustrative of the general inventive concept, but do not limit the invention.

[0071]  It is shown:

[0072]  in FIG. 1, a lateral cross section of a silicone pad (1).

[0073]  in FIG. 2, a plan view of a silicone pad (1) exhibiting the shape of fingers, suitable for resting on the back of a hand.

[0074]  in FIG. 3, the result of drug absorption studies.

[0075]  FIG. 1 shows a lateral cross-section of a silicone pad (1). The silicone pad (1) consists of a silicone body (3) and an adhesive layer (2) which is provided with active ingredients and which rests on the skin.

[0076]  FIG. 2 shows a plan view of a finger-shaped silicone pad (1) exhibiting the shape of fingers, suitable for resting on a back of a hand (4). The silicone pad (1) covers the back of the hand (4) and extends beyond the metacarpophalangeal joints (5) to the proximal interphalangeal joints (6). The hinge region (7) are arranged directly above the metacarpophalangeal joints (5).

[0077]  FIG. 3 shows the result of drug absorption studies. FIG. 3A depicts a silicone pad with an adhesive layer. The adhesive layer comprises 6 mg of powdered hyaluron (<20 T Dalton). The powder was stained with a green food coloring in order to demonstrate diffusion. For manufacturing a silicone pad, the adhesive layer was bonded to a silicone body. The silicone pad was applied daily to the skin of a subject for a period of 2 weeks.

[0078]  It can be derived from this study, that the hyaluron does not accumulate in the upper layer, but was delivered to the skin's lower layers.

[0079]  Additionally, one may derive from this study that the upper silicone layer functions as support layer. That is, it is characterized by a different strength and is essentially completely impermeable to water. On the other hand, the lower layer with the active ingredient, is softer and exhibits sufficient water permeability in order to deliver particles to the skin via skin contact (heat and moisture).

[0080]  FIG. 3B shows the same silicone pad after 2 weeks of daily use. As may be seen clearly in FIG. 3B, the concentration of hyaluron in the silicone pad decreases markedly due to the diffusion into the skin, which is evidenced by a marked decrease of color of the silicone pad.

## EXAMPLES

[0081]  Manufacture of Silicone Pads

[0082]  In the following, by way of example, the manufacturing of silicone pads is described, which may be used as a décolleté pad or as an eye pad.

[0083]  Information Concerning the Manufacturing Process

[0084]  The material used contains vinyl-terminated poly-dimethylsiloxanes (CAS No: 68083-19-2) and other auxiliaries for crosslinking. The silicone content is >95%.

[0085]  The 2-component, addition-crosslinking basic material is metered out evenly into the appropriate mold utilizing a computer-controlled multicomponent metering system. Subsequently, the mold is moved into an oven in which it is subjected to vulcanization by radiant heat for a period of about 5-7 min and at a temperature of about 55-65° C. In the next step, the 2-component, addition-crosslinking, sticky adhesive gel is applied uniformly to the hardened basic material as a thin layer using another computer-controlled multicomponent metering system. This mold also is moved back into an oven in which the adhesive gel also undergoes vulcanization by radiant heat. The vulcanization process runs over a period of approx. 8-10 min. at a temperature of about 70-85° C. The finished products are then removed from their molds, checked and packaged.

[0086]  Substances (hyaluron, aloe vera . . . ) to be added, whether as liquids or powders, are mixed with a component of the adhesive gel utilizing a mixer run at a speed of up to 25,000 rpm in order to ensure homogeneous incorporation. In order to prevent sedimentation or segregation of the substance, the silicone component is stirred repeatedly according to a fixed schedule, depending on the substance stirred in, such that consistent quality may be ensured.

### Example 1: Décolleté Pad

[0087]  Silicone pads were prepared from vinyl-terminated polydimethylsiloxanes (CAS No.: 68083-19-2) using conventional crosslinking agents as auxiliaries. According to the manufacturer's instructions, the silicone content is at least 95%. The production of these silicone pads has been described already elsewhere and corresponds, for example, to the silicone-based matrices disclosed in DE 101 14 382 A1. The silicone body of the silicone pads has the following values in (basic material): thickness 1.2 mm, weight 19.3 g. The adhesive layer has the following values: thickness 0.6 mm, weight 8.5 g. The weight fraction of added hyaluronic acid in the adhesive layer is 14 mg/8.5 g, thus is 1.6‰ (w/w).

[0088]  The adhesive layer is prepared by stirring the powdered hyaluron (11-14 mg) into the silicone gel (8.5 g).

[0089]  The silicone pad described above is suitable for use as a décolleté pad.

### Example 2: Eye Pad

[0090]  Silicone pads were prepared from vinyl-terminated polydimethylsiloxanes (CAS No.: 68083-19-2) using conventional crosslinking agents as auxiliaries. According to the manufacturer's instructions, the silicone content is at least

6

95%. The production of these silicone pads has been described already elsewhere and corresponds, for example, to the silicone-based matrices disclosed in DE 101 14 382 A1. The silicone body of the silicone pads has the following values in (basic material): thickness 1.2 mm, weight 19 g. The adhesive layer has the following values: thickness 0.7 mm, weight 9 g. The weight fraction of added hyaluronic acid in the adhesive layer is 1.5 mg/0.9 g, thus is 1.7‰ (w/w).

[0091] The adhesive layer is prepared by stirring the powdered hyaluron (1.5 mg to 2.0 mg) into the silicone gel (0.9 g).

[0092] The silicone pad described above is suitable for use as an eye pad.

### Example 3: Efficacy Study

[0093] In an empirical efficacy study, silicone pads according to the invention and a blank were tested in a total of 15 subjects aged 29 to 61 years. The silicone pads listed in Table 1 were tested.

| Silikonpad No. | ingredients |
|---|---|
| 1 | — |
| 2 | hyaluron |
| 3 | collagen |
| 4 | aloe vera |

[0094] The silicone pads were brought into contact with skin for at least 1 hour/day on at least 14 consecutive days, ideally overnight. Contact surfaces were the back of a hand, the region below the eyes, the décolleté, neck and forehead. Thereafter, the subjects were asked for their subjective opinion, a) whether the silicone pads were tolerable and could be used without problems, b) whether a visible wrinkle reduction and/or other positive effects were observed, and c) which of the above silicone pads 1 to 4 exhibited 1=best, 2=very good or 3=good activity and d) if there were any negative effects.

[0095] Of the 15 subjects, 14 subjects were of the subjective opinion that all silicone pads were well tolerated. A subject described the tolerability as good more or less.

[0096] Of the 15 subjects, 13 subjects were of the subjective opinion that a visible reduction in wrinkles and/or other positive effects were noted with respect to all silicone pads. Two subjects described that the visible wrinkle reduction and/or other positive effects occurred only with respect to silicone pads 2 to 3, while they were uncertain with respect to silicone pad 1.

[0097] With regard to the efficacy of the silicone pads 1 to 4, the subjective observations of the subjects are summarized in Table 2.

TABLE 2

Result of the efficacy study.
Observed efficacy

| Silikonpad No. | efficacy observed | | |
|---|---|---|---|
| | 1 (best) | 2 (very good) | 3 (good) |
| 1 | — | 5 | 10 |
| 2 | 15 | — | — |

TABLE 2-continued

Result of the efficacy study.
Observed efficacy

| Silikonpad No. | efficacy observed | | |
|---|---|---|---|
| | 1 (best) | 2 (very good) | 3 (good) |
| 3 | 4 | 9 | 2 |
| 4 | 1 | 8 | 6 |

[0098] All 15 subjects reported that, regarding application of the silicone pads, negative effects were not detectable.

[0099] The empirical efficacy study proves that the silicone pads on the skin are well tolerated and exhibit no negative effects. The silicone pads having hyaluron as the active ingredient were demonstrated to have the best efficacy against wrinkling. Moreover, the silica pads supplied with collagen and, to a lesser extent, with aloe vera showed good efficacy. The silicone pads without active ingredient (blanks) exhibited the worst efficacy with respect to wrinkling.

[0100] Without wishing to be confined by any theory, the inventors of the present invention hypothesize that, due to the close or complete adherence of the silicone pad to the skin, the subjects slightly sweat such that the hyaluron or other active ingredients is detached due to the limited thickness of the adhesive layer and is eluted from the silicone material by the sweat. In this way, the silicone pad acts as a long-term and durable storage device on the skin surface and enables the achievement of the desired effect over the entire period of wearing, when utilized as a reusable product, even in the course of repeated or temporally interrupted treatment.

[0101] Without wishing to be confined by any theory, the inventors of the present invention hypothesize that in terms of efficacy of scar remission, the silicone pads of the present invention act by the following mechanism of action. By applying the silicone pad, a higher skin temperature may be achieved at which the physiological process of scar healing progresses faster. Alternatively, by applying the silicone pad, a higher humidity may be achieved enabling faster remission of the scar tissue by this process. Moreover, the process may be enhanced by the release of appropriate drugs.

### Example 4: Studies on Skin Compatibility and Skin Tightening

[0102] In an empirical efficacy study, silicone pads according to the invention were tested in a total of 25 subjects aged 35 to 64 years. Silicone pads shaped as décolleté pad supplied with hyaluron were tested. The total weight of the silicone pad was 28 grams with 11 mg of added hyaluron.

[0103] The silicone pads were brought into overnight contact with the skin during a period of 14 consecutive days. The region of contact was the décolleté. Thereafter, the subjects were asked for their subjective opinion as to whether the silicone pads where tolerable and could be used without problems. Skin tightening was tested using a Visioscan VC 98 comparing pre- and post-application values.

[0104] No negative effects regarding the application of the silicone pads were encountered by any of the 25 subjects enrolled in the study. In particular, neither dryness nor reddening of the skin, as well as no unpleasant feeling on the skin due to the silicone pads were reported.

7

[0105] This empirical study of efficacy proves that the silicone pads supplied with active ingredients (here: hyaluron) are well tolerated on the skin, produce a measurable and sustainable skin smoothing and exhibited no negative effects.

[0106] Subjects stated that the product did not peel off the skin when worn overnight. The pad smoothed the skin on the décolleté and the skin attained a pleasant smoothness overnight.

[0107] Skin imperfections and furrows were visibly removed overnight.

[0108] Skin smoothness as measured by Visioscan VC 98 showed that it was smoothed, on average, by 19%. Skin smoothing was observed equally in all subjects.

LIST OF REFERENCE NUMBERS

[0109] **1**. silicone pad
[0110] **2**. adhesive layer
[0111] **3**. silicone body
[0112] **4**. back of the hand
[0113] **5**. metacarpophalangeal joint
[0114] **6**. proximal interphalangeal joint
[0115] **7**. hinge region

**1-15**. (canceled)

16. A silicone pad for adhering to the skin, wherein the silicone pad comprises at least one active ingredient suitable for cosmetic skin care or for preventing skin aging.

17. The silicone pad according to claim **16**, wherein the silicone pad comprises an adhesive layer and a silicone body, wherein the adhesive layer consists essentially of silicone and contains the active ingredient.

18. The silicone pad according to claim **16**, wherein the silicone pad is configured to rest on a back of a hand.

19. The silicone pad of claim **16**, wherein the silicone pad has a weight sufficient to flatten the skin when the silicone pad is placed on the skin of a subject.

20. The silicone pad according to claim **16**, wherein the active ingredient comprises nutrients.

21. The silicone pad according to claim **16**, wherein the active ingredient is selected from the group consisting of vitamins, lipids, amino acids, polypeptides, antibiotics or their prodrugs, antioxidants, coenzymes, polysaccharides, and hydroxycarboxylic acids.

22. The silicone pad according to claim **16**, wherein the active ingredient is selected from the group consisting of: vitamin A; vitamin C; vitamin E; vitamin B3; vitamin B5; vitamin B9; vitamin B12; coenzyme 10; arbutin; high and low molecular weight hyaluron; high and low molecular weight hyaluronic acid; collagen; b-resorcinol; 4-n-butylresorcinol; glycolic acid; salicylic acid; spirulina; chlorella; caviar extract; dimethylaminoethanol; shea butter; coconut oil; phytohormones; phytoestrogens; isoflavones; lignans; amino acids; oligopeptides; polypeptides; pentapeptides; glycerol; alpha-lipoic acid; and polyphenols.

23. The silicone pad according to claim **16**, wherein the active ingredient is present in the silicone pad at a concentration in the range of about 0.5 to 3.0% (w/w), 1.0 to 2.0% (w/w), or about 1.6% (w/w).

24. The silicone pad according to claim **16**, wherein the active ingredient is present in the silicone pad at a concentration in the range of 0.1 to 9.9% (w/w), 0.5 to 7.0% (w/w), or about 1.0% (w/w).

25. The silicone pad according to claim **16**, wherein the silicone pad is configured for resting on a back of a hand, wherein the silicone pad is suitable for tightening wrinkles on the back of the hand.

26. The silicone pad according to claim **25**, wherein the silicone pad comprises hinges.

27. A method for manufacturing a silicone pad for adhering to the skin comprising at least one active ingredient for cosmetic skin care or for preventing skin aging, comprising the step of applying an active ingredient to a silicone composition to produce a silicone pad.

28. The method for producing a silicone pad according to claim **27**, further comprising the steps of: a) mixing an active ingredient with a silicone composition to produce an adhesive layer; and b) attaching the adhesive layer to a silicone body to produce the silicone pad.

29. A cosmetic method for smoothing the skin of a subject or for inducing scar remission in a subject, comprising applying a silicone pad according to claim **1** to the skin of the subject.

30. A method of treatment for treating a skin wound of a subject, comprising applying a silicone pad according to claim **1** to the skin of the subject.

31. A method of treatment for treating a nicotine addiction of a subject, comprising applying a silicone pad according to claim **1** to the skin of the subject.

32. The method of treatment according to claim **31**, wherein the active ingredient is delivered to the skin on a regular basis.

* * * * *